Name _Alana N. Dunn_
Street Address _8252 N. College Ave_
City and County _Fresno_
State and Zip Code _CA 93711_
Telephone Number _55- 412-9770_

**FILED**

MAY 12 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

_Plaintiff_
_Alana N. Dunn et, al,_

_(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)_

-against- VS. _Defendents et, al_

- _Noble Credit Union_
- _Fresno Base Credit Union_
- _Fresno Base Noble Credit Union_

_(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)_

**Complaint for a Civil Case**

Case No. _1:25-CV-00561-SKO_

_(to be filled in by the Clerk's Office)_

Jury Trial: ☒ Yes ☒ No
_(check one)_



RECEIVED

MAY 12 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name    Alana N. Dunn

Street Address    8252 N. College Ave

City and County    Fresno, Fresno County

State and Zip Code    California 93711

Telephone Number    559 - 412-9770

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name    Noble Credit Union

Job or Title (if known)    Hardship Affidavit Dept

Street Address    3067 W. Bullard Ave

City and County    Fresno, County

State and Zip Code    California

Telephone Number    559- 252,5000

Defendant No. 2

Name    Noble Credit Union

Job or Title (if known)    Hardship, Covid-19 Emergency Relief Act

Street Address    4979 E. University

City and County    Fresno, County

State and Zip Code    California 93711

Telephone Number    559 -252- 5000

2

Defendant No. 3

Name    Noble Credit Union

Job or Title
(if known)    Hardship, loan/Relief Homeowner

Street Address    8087 N. Cedar Ave /Cedar

City and County    Fresno . County

State and Zip Code    California 93701

Telephone Number    559-252-5000

Defendant No. 4

Name    Noble Credit Union

Job or Title
(if known)    2440 Tulare St/Hardship Department

Street Address    2440 Tulare St

City and County    Fresno, County

State and Zip Code    California 93721

Telephone Number    559-252-5000

## II.    Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

   ☒ Federal question          ☐ Diversity of citizenship

3

Fill out the paragraphs in this section that apply to this case.

**A.**    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

**B.**    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation Noble Federal Credit DBA

The defendant, *(name)* Marri Turner, is incorporated under the laws of the State of *(name)* Noble Credit Union and has its principal place of DBA business in the State of *(name)* Noble Federal Credit is incorporated under the laws of *(foreign nation)* Fresno California and has its principal place of business in *(name)* Noble Credit Union DBA Noble Federal Credit.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)* Rick, Elaine loan Dept. Bullard-Nortary on 11/25/2021

3. The Amount in Controversy $76,000, plus interest

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*: (PPP) (ARPA)

Paycheck Protection Program, During COVID-19 offered homeowner, Relief: Hardship, ACH payment, Fraudulent automated Clearing house. ACH

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Noble Credit Union: The defendant liable for member Fraud, both on compensatory, perpetrated by A member of the defendant implementing transaction software, and will assign Credit Union an impossible task - the manual review of thousands of transactions everyday - Eligible Homeowner received grants to help cover, past-due mortgages loan, or mortgages payments missed property taxes. partial Claims/loan defferrals, Reverse mortgage, Pace loan

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Homeowner Facing Financial Hardships as a result of the Covid-19 pandemic, Funded by the Federal Government the program helped vulnerable home owners get a Fresh start.. (PPP) (ARPA) Relief

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4 / 4 , 2025

Signature of Plaintiff _Alana N Dunn_

Printed Name of Plaintiff _Alana N. Dunn_

6

Alana Dunn, et, al,
8252 N. College Ave
Fresno, Calif 93711
559-412-9770

United States District Court;
Eastern District of California

Plaintiff et, al,
Alana Dunn et, al,

vs.

Defendant
Noble Credit Union
Fresno Base Noble Credit
Union et, al,

File Complaint
• COVID-19 Emergency
  Relief
• discrimination disability
• Forgiveness loans
• COVID-19 pandemic,
  the Paycheck Protection
  Program (PPP)
• transaction/member
• transaction every day

· During the COVID-19 Pandemic,
the Paycheck Protection Program
(PPP) offered loans to small
business, and homeowner, with a
significant portion of those loans
being eligible for forgiveness
based how the fund was use, Too
Remodel the home... It never
got in my Hand- $46,000...

Noble Credit Union; Defendant

Forgiveness loan For Remodel the Home

Homeowner Facing financial Hardships. as a result of the Covid-19 pandemic, Funded by the Federal government, the program helped Vulnerable homeowners get A fresh start.

The California Mortgages Relief program provided grants to thousands of home owner.,

Eligible homeowners received grants to help cover past-due-mortgages payments, missed Property taxes, partial Claims/loan deferrals, reverse mortgages, and PACE loans.

California received an allocation from the American Rescue Plan Act's (ARPA) Homeowner Assistant Fund and Administered these federal funds with a focus on socially disadvantaged House holds.



- mortgages Relief Term Sheet
- Property Tax term Sheet
- Final Report
- Program Plan

This event Covid-19 pandemic was when the loan was.. We Ask for the Court to, return too the DOJ. Too fine A Fair Justice, because, We had hardship-

- Floods in the backyard, inter the home need to repair, Adjustment, Remodel, fix the, plumbling and electrical

(EIDL), (SBA) Offered Economic Injury Disater loans Covid-19 EIDL loans or advances

During the Covid-19 pandemic, the Small Business Administration (SBA) offered Economic Injury Disater loans covid-19 EIDL loans or advances

EIDL Advances:
In addition to loans, the SBA also offered EIDL Advances, which were essentially grants that did not need to be repaid.

11/15/2021 was the Date Of Loans. Hardship. One Family member Stage 4 Cancers, 4 disability children, Home needed repair... This Architecture Stole the money: 8,600. Other person Stole the money 5,000. = City of Fresno 7,100 Risk; For Home Equity loan Vs. HeLocs:

Home equity loans are typically a fixed Rate, Lump-Sum loan, white HELOCs (Home Equity lines of credit) are more like a revolving line of credit.

Risk: of Home Equity loans
The lender saw I had A SSI income, Knowingly it wrong to Qualification, this hurt my income of the Children, it not Fair...
To me and my children

The lender benefit on the LumpSum after Sell of my Home-

I was, misleading, Fraud on the Fixed Rate, Lump-Sum collect my payment, and cheated on the contract Breach of contract duty of care. I.e, misleading

"Our amicus brief hightlighted the vastness and complexity of the electronic payments system and the importance of clear rules on liability and requirements.

The, This ruling supports the operational intergrity of credit Unions and ensures they can continue serving their members effectively within a well-defined legal framework. We were proud to support 1st Advantage through our amicus brief."

Fresno base Credit Union. Fresno-based Noble Credit Union's downtown Fresno, Branch photographed on Jan. 10, 2024  The Credit Union's has been sued by the Mexican American Legal Defense and Educational Fund. Example.

A Latina Alana Dumm, civil Rights is Filed a lawsuit against Fresno-based Credit Union, we arguing a loan to an individual based on her disablility Family Status.

The class Action Complaint, filed April 2, 2025. Wednessday in Fresno United States District Court, Eastern District of California U.S. Supreme Court, I Alana Dunn, alleges Noble Credit Union discriminated, implementing transaction, and will assign credit threatened to destiabilize the System, Electronic payments members Continue serving effectively Within a well-defined legal Framework...

MALDEF vs. Noble CREDIT UNion Reach Preliminary sEttlement in Class - Action Discrimination Lawsuit $159,000 Noble Credit Union

I Alana Dunn, shall Ask the Judge to hear my CASE, COVID-19 emergency Relief: Assistance for individual and Families

I Swear under Oath I declare, under oath promising to tell the truth nothing but the truth -

Emmall. JR    April 2, 2025
paralegal.
Alana Dunn    4/2/2025

Hello Judge. on April 2, 2025
I Ask nicely to the clerk for
A waive form, She fail to listen
again,

So Now. I will let know
my Bills. My children SSI, SSA is
pending 8 month, No money for
the condition disablility... That's
other issues in other CASE.

I get, 4,300: 1,159.⁰⁰ Car. Payment
patient $945.= 2,540.⁰⁰ Rent
610.= Furiture Bills
175.= Vacuum bill
4,454.=

My patient get 945.⁰⁰ paid A Room
Food, PG&E 250.=

790.— GAS, Food, diappers,
by the next cheek. I'm short For
Food, GAS, diapper. medical welfare
have my kids insurance pending
no insurance For 8 month
Kids Are sick.. the girl runny nose
My son rash all over the doctor
don't help— we Are with help
the SSI, SSA, welfare, they
Close my CASE, when I give them
cheeck stup, papper, they threw
way. I call, they said don't have
it.. when I spoke the manger
to help get copy, to give ASire Guy

Credit Union Liable for member Fraud.

11/15/2021 my Case. Is similal

America's Credit Union legacy organizations and Virginia Credit Union League filed a brief in Support of 1st Advantage in October 2023, noting that the lower Court's decision threatened to destabilize the System of Settled rules that Credit unions follow When implementing transaction Software, "and will assign Credit Unions an impossible task - the manual review of thousands of transactions every day".

The League of Credit Unions & Affiliates and America's Credit Unions are pleased with the Fourth Circuit's decision in Studco Building System US. LLC v. 1st Advantage Federal Credit Union, which reinforces the clear standards the UCC sets on how banks and Credit Unions process ACH transactions, said The League of Credit Unions and America's Credit Unions in a joint Statement.

Peraza Lopez, Naemi Plaintiff
vs.
Noble Credit Union Defendant

Court Overturns Ruling Holding
Credit Union Liable for member
Fraud., both on compensatory,
and punitive damages due to
Fraud perpetrated by a member
of the credit union, America's Credit
Unions reported.

The Leader Financial Institution
is liable for Fraudulent automated
Clearing house, (ACH) payment under
Virginia's Uniform Commercial Code.
The lawsuit involved a credit union
member who transmitted Fraudulent
emails to the plaintiff resulting in
the plaintiff transmitting several
high-value ACH payments to the
Credit union, which were eventually
withdrawn by the member.

The U.S. District Court For the
Eastern District of Virginia ruled
in January 2023 that 1st
Advantage violated statute and
found it liable for both
Compensatory damages and
and punitive damages totalling
nearly $760,000

# UNIFORM BORROWER ASSISTANCE FORM

If you are experiencing a temporary or long-term hardship and need help, you must complete and submit this form along with other required documentation to be considered for available solutions. On this page, you must disclose information about (1) you and your intentions to either keep or transition out of your home; (2) the property's status; (3) real estate taxes; (4) homeowner's insurance premiums; (5) bankruptcy; (6) your credit counseling agency, and (7) other liens, if any, on your property.

On Page 2, you must disclose information about **all** of your income, expenses and assets. Page 3 also lists the required income documentation that you must submit in support of your request for assistance. Then on Page 5, you must complete the Hardship Affidavit in which you disclose the nature of your hardship. The Hardship Affidavit informs you of the required documentation that you must submit in support of your hardship claim.

**NOTICE:** In addition, when you sign and date this form, you will make important certifications, representations and agreements, including certifying that all of the information in this Borrower Assistance Form is accurate and truthful and any identified hardship has contributed to your submission of this request for mortgage relief.

**REMINDER:** The Borrower Response Package you need to return consists of: (1) this completed, signed and dated Borrower Assistance Form; (2) completed and signed IRS Form 4506-T; (3) required income documentation, and (4) required hardship documentation.

Loan I.D. Number 217044-143 (usually found on your monthly mortgage statement)

I want to: Dispute ☒ ☒ Keep the Property    ☒ Sell the Property

The property is currently Own   ☒ My Primary Residence   ☒ Second Home   ☐ An Investment Property

The property is currently: Own   ☐ Owner Occupied   ☐ Renter occupied   ☒ Vacant

| BORROWER | CO-BORROWER |
|---|---|
| BORROWER'S NAME Alana N. Dunn | CO-BORROWER'S NAME |

| SOCIAL SECURITY NUMBER | DATE OF BIRTH | SOCIAL SECURITY NUMBER | DATE OF BIRTH |
|---|---|---|---|
| | | | |

| HOME PHONE NUMBER WITH AREA CODE 559-273-8938 | HOME PHONE NUMBER WITH AREA CODE |
|---|---|
| CELL OR WORK NUMBER WITH AREA CODE 559-273-8938 | CELL OR WORK NUMBER WITH AREA CODE |

MAILING ADDRESS 8252. N. College. St Fresno CA.

PROPERTY ADDRESS (IF SAME AS MAILING ADDRESS, JUST WRITE SAME) Same

EMAIL ADDRESS alanadunn549@gmail.com

Is the property listed for sale? ☐ Yes ☒ No
If yes, what was the listing date? _____
If property has been listed for sale, have you received an offer on the property? ☐ Yes ☒ No
Date of offer: _____ Amount of Offer: $_____
Agent's Name: _____
Agent's Phone Number: _____
For Sale by Owner? ☐ Yes ☒ No

Have you contacted a credit-counseling agency for help? ☐ Yes ☒ No
If yes, please complete the counselor contact information below:
Counselor's Name: _____
Agency's Name: _____
Counselor's Phone Number: _____
Counselor's Email Address: _____

Do you have condominium or homeowners association (HOA) fees? ☐ Yes ☒ No
Total monthly amount: $_____
Name and address that fees are paid to: _____

Have you filed for bankruptcy? ☐ Yes ☐ No
If yes: ☐ Chapter 7  ☐ Chapter 11  ☐ Chapter 12  ☐ Chapter 13  Filing Date: _____
Has your bankruptcy been discharged? ☐ Yes  ☐ No  Bankruptcy case number: _____

(02/13)

| UNIFORM BORROWER ASSISTANCE FORM |
|---|

## Government Monitoring Data Form

### Information for Government Monitoring Purposes

The following information is requested by the federal government in order to monitor compliance with federal statutes that prohibit discrimination in housing.  You are not required to furnish this information, but are encouraged to do so.  The law provides that a lender or servicer may not discriminate either on the basis of this information, or on whether you choose to furnish it.  If you furnish the information, please provide both ethnicity and race.  For race, you may check more than one designation.  If you do not furnish ethnicity, race, or sex, the lender or servicer is required to note the information on the basis of visual observation or surname if you have made this request for a loan modification in person.  If you do not wish to furnish the information, please check the box below.

| BORROWER | CO-BORROWER |
|---|---|
| ☐ I do not wish to furnish this information | ☐ I do not wish to furnish this information |
| *Ethnicity:*<br>☒ Hispanic or Latino<br>☐ Not Hispanic or Latino | *Ethnicity:*<br>☐ Hispanic or Latino<br>☐ Not Hispanic or Latino |
| *Race:*<br>☐ American Indian or Alaska Native<br>☒ Asian<br>☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☐ White | *Race:*<br>☐ American Indian or Alaska Native<br>☐ Asian<br>☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☐ White |
| *Sex:*<br>☒ Female<br>☐ Male | *Sex:*<br>☐ Female<br>☐ Male |

| To be completed by Servicers | | Name/Address of Interviewer's Employer |
|---|---|---|
| *This request was taken by:*<br>☒ Face-to-face interview<br>☐ Mail<br>☐ Telephone<br>☐ Internet | *Servicer/Interviewer's Name (print or type) & ID Number* | |
| | *Servicer/Interviewer's Signature* | |
| | *Servicer/Interviewer's Phone Number (include area code)* | |
| *Loan Number:* _____ | *Servicer/Interviewer's Fax Number (include area code)* | *Servicer/Interviewer's email address* |

(02/13)

Case 1:25-cv-00561-JLT-SKO   Document 1   Filed 05/12/25   Page 18 of 21

## COMPLETE ALL FIELDS
### If the field is not applicable enter N/A

| Monthly Household Income | | Household Assets (associated with the property and/or borrower(s)) | |
|---|---|---|---|
| Monthly Gross wages | $ 4,400 | Checking Account(s) | $ .46 |
| Overtime | $ 350 | Checking Account(s) | $ 5.00 |
| Child Support / Alimony* | $ 0 | Savings / Money Market | $ 0 |
| Non-taxable social security/SSDI | $ 3,720 | CDs | $ 0 |
| Taxable SS benefits or other monthly income from annuities or retirement plans | $ 0 | Stocks / Bonds | $ 0 |
| Tips, commissions, bonus and self-employed income | $ 0 | Other Cash on Hand | $ 0 |
| Rents Received | $ 0 | Other Real Estate (estimated value) | $ 0 |
| Unemployment income | $ 0 | Other _____ | $ |
| Food Stamps/Welfare | $ 0 | | |
| Other _____ | $ | | |
| Total (Gross Income) | $ 8,470 | Total Assets | $ 5.46 |

*Notice: Alimony, child support, or separate maintenance income need not be revealed if you do not choose to have it considered for repaying this loan.

### Monthly Household Expense / Debt

| Expense/Debt | Amount | Explanation |
|---|---|---|
| First Mortgage Payment | $ 2,500.00 | Rental |
| Second Mortgage Payment | $ 1,315.00 | Homeowner |
| Mortgage Payments on other properties | $ 0 | |
| Homeowner's Insurance | $ 0 | |
| Property Taxes | $ 0 | |
| HOA / Condo Fees / Property Maintenance | $ 0 | |
| Alimony, child support payments (not withheld from pay) | $ 0 | |
| Child Care (not withheld from pay) | $ 0 | |
| Health Insurance (not withheld from pay) | $ 0 | |
| Medical (CoPays and Rx) | $ 200.= | Ariel, Richie |
| Water, Sewer / Septic Tank, Utilities | $ 135.00 | 2541 E. Dakota Fee openwater |
| Phone, Cable, Internet | $ 245.00 | Cable. T.V. |
| Credit Cards / Installment Loan(s) (total minimum monthly payment per month) | $ 790.00 | Bedroom set, livingroom set, Vacuum |
| Car Lease Payments | $ 1125.00 | Tahoe 2019 Finance. |
| Auto Expense, Car Insurance | $ 285.00 | Car Insurances. |
| Life Insurance (not withheld from pay) | $ 0 | |
| Food | $ 2,100 | 525.00 x 4 wk x 5 in family |
| Spending Money | $ | |
| Other _____ | $ 8,695.00 | |
| Total Debt / Expenses | $ 8,695.00 | |

| Lien Holder's Name | Balance / Interest Rate  3.9% | Loan Number |
|---|---|---|
| Alanee N. Dunn | $ 157,000 | |

(02/13)

**UNIFORM BORROWER ASSISTANCE FORM**

## Required Income Documentation

☑ **Do you earn a wage?**

For each borrower who is a salaried employee or paid by the hour, include:

☐ Most recent paystub(s) that reflects the most recent 30 days' earnings and year-to-date earnings for each borrower. If not reported on the paystubs obtain alternative documentation  (e.g. signed letter or print out from employer)

☐ **Are you self-employed?**

For each borrower who receives self-employed income, include:

☐ A complete, signed individual federal income tax return and, as applicable, the business tax return

**AND**

☐ Either the most recent signed and dated quarterly or year-to-date profit/loss statement that reflect activity for the most recent three months; OR

☒ Copies of bank statements for the business account for the last two months evidencing continuation of business activity.

**Note:  If you are both a wage earner and self-employed, documentation for both types of income is required**

☐ **Do you have any additional sources of income?**  Provide for each borrower as applicable:

**"Other Earned Income" such as bonuses, commissions, housing allowance, tips or overtime:**

☐ Reliable third-party documentation describing the amount and nature of the income (e.g., employment contract or printouts documenting tip income).

**Social Security, disability or death benefits, pension, public assistance, or adoption assistance:**

☐ Documentation showing the amount and frequency of the benefits, such as letters, exhibits, disability policy or benefits statement from the provider, **AND**

☐ Documentation showing the receipt of payment, such as copies of the two most recent bank statements showing deposit amounts.

**Rental Income:**

☐ Copy of the most recent filed federal tax return with all schedules, including Schedule E – Supplement Income and Loss.  Rental income for qualifying purposes will be 75% of the gross rent your reported reduced by the  monthly debt service on the property, if applicable; or

☐ If rental income is not reported on Schedule E – Supplemental Income and Loss, provide a copy of the current lease agreement with either bank statements or cancelled rent checks demonstrating receipt of rent.

**Investment Income:**

☐ Copies of the two most recent investment statements or bank statements supporting receipt of this income.

**Alimony, child support, or separation maintenance payments as qualifying income:***

☐ Copy of divorce decree, separation agreement, or other written legal agreement filed with a court, or court decree that states the amount of the alimony, child support, or separation maintenance payments and the period of time over which the payments will be received, **AND**

☐ Copies of your two most recent bank statements or other third-party documents showing receipt of payment.

***Notice:  Alimony, child support or separate maintenance income need not be revealed if you do not choose to have it considered for repaying this loan.**

(02/13)

# UNIFORM BORROWER ASSISTANCE FORM

## HARDSHIP AFFIDAVIT

I am requesting review of my current financial situation to determine whether I qualify for temporary or permanent mortgage relief options.
Date Hardship Began is: _March 11, 2020  CoviD-19 a pandemic Intation_

**Provide a written explanation with this request describing the specific nature of your hardship. Blank form is attached.**

I believe that my situation is:
☐ Short-term (under 6 months)   ☐ Medium-term (6-12 months)   ☒ Long-term or Permanent Hardship (greater than 12 months)

**I am having difficulty making my monthly payment because of reasons set forth below:**
(Please check all that apply and submit required documentation demonstrating your hardship)

| If your Hardship is: | Then the Required Hardship Documentation is: |
|---|---|
| ☐ Unemployment | ☐ No additional documentation is required |
| ☐ Reduction in Income: a hardship that has caused a decrease in your income due to circumstances outside your control (e.g., elimination of overtime, reduction in regular working hours, or a reduction in base pay) | ☐ No additional documentation is required, as long as you have submitted the income documentation that supports the income described in the Required Income Documentation section above |
| ☒ Increase in Housing Expenses: a hardship that has caused an increase in your housing expenses due to circumstances outside your control | ☒ No additional documentation is required |
| ☐ Divorce or legal separation; Separation of Borrowers unrelated by marriage, civil union or similar domestic partnership under applicable law | ☐ Divorce decree signed by the court; OR<br>☐ Separation agreement signed by the court; OR<br>☐ Current credit report evidencing divorce, separation, or non-occupying borrower has different address; OR<br>☐ Recorded quitclaim deed evidencing that the non-occupying Borrower or co-Borrower has relinquished all rights to the property |
| ☒ Death of a Borrower or death of either the primary or secondary wage earner in the household | ☐ Death certificate; OR<br>☐ Obituary or newspaper article reporting death |
| ☒ Long-term or permanent disability; Serious illness or a Borrower / co-Borrower or dependent family member | ☐ Proof of monthly insurance benefits or government assistance (if applicable); OR<br>☒ Written statement or other documentation verifying disability or illness, OR<br>☐ Doctor's certificate of illness or disability; OR<br>☐ Medical bills<br>None of the above shall require providing detailed medical information |
| ☐ Disaster (natural or man-made) adversely impacting the property or Borrower's place of employment | ☐ Insurance claim; OR<br>☐ Federal Emergency Management Agency grant or Small Business Administration loan; OR<br>☐ Borrower or Employer property located in a federally declared disaster area |
| ☐ Distant employer transfer / Relocation | **For active-duty service members:** Notice of Permanent Change of Station (PCS) or actual PCS orders.<br>**For employment transfers/new employment:**<br>☐ Copy of signed offer letter or notice from employer showing transfer to a new employment location; OR<br>☐ Pay stub from new employer; OR<br>☐ If none of these apply, provide written explanation<br>In addition to the above, documentation that reflects the amount of any relocation assistance provided, if applicable (not required for those with PCS orders). |
| ☐ Business Failure | ☐ Tax return from the previous year (including all schedules) AND<br>☐ Proof of business failure supported by one of the following:<br>☐ Bankruptcy filing for the business; OR<br>☐ Two months recent bank statements for the business account evidencing cessation of business activity; OR<br>☐ Most recent signed and dated quarterly or year-to-date profit and loss statement |
| ☐ Other: a hardship that is not covered above | ☐ Written explanation describing the details of the hardship and relevant documentation |

Page 4 of 7                                                (02/13)

**mr.**
**cooper®** PO Box 619097
Dallas, TX 75261

CHANGING THE FACE OF HOME LOANS

09/24/2024

OUR INFO

**ONLINE**
www.mylakeviewloan.com

**YOUR INFO**

**LOAN NUMBER**
0689636025

**PROPERTY ADDRESS**
2541 EAST DAKOTA AVENUE
FRESNO, CA 93726

3572 1 MB 0.622  T10 P1  AUTO  840219.3-NNNN-31599788
ALANA N DUNN
8252 N COLLEGE AVE
FRESNO, CA 93711

Dear ALANA N DUNN:

Please be advised that upon receipt of your loan payoff funds, we have, in accordance with federal requirements, notified the Department of Housing and Urban Development to cancel the FHA insurance coverage for this property.

If you have any questions, please contact our Customer Service Department at 833-685-2580 or via mail at Lake Vista 4, 800 State Highway 121 Bypass, Lewisville, TX 75067. Our hours of operation are Monday through Thursday from 7 a.m. to 8 p.m. (CT), Friday from 7 a.m. to 7 p.m. (CT) and Saturday from 8 a.m. to 12 p.m. (CT). Visit us on the web at www.mylakeviewloan.com for more information.

Sincerely,

Mr. Cooper

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.
If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.