FILED

Alana Dunn, et,al,
8252 N. College St
Fresno, CA 93711
559-412-9770

JUN 30 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

California EASTERN District Court
Judge Sheila K Oberto:

| | Second Ammendment |
|---|---|
| Alana Dunn, et,al, | Case No: 1:25-cv-00561 |
| Plaintiff | Amend: Complaint, |
| V. | 1. Fraudulent Activity. |
| Noble Credit Union, et,al | 2. theft, deception |
| Defendant | 3 Falsifying records |
| | 4. Embezzement. |

- Embezzlement: teller takes money they have Access to through their employment, It Could, and is A considered embezzlement #46,000 in checking Ask for A money market, when paying the Loan Back $412.00 @ month. its not use for my payment: the teller isEmbeezement my payment: I HAVE given $20,500.=

Legal Consequences:

Bank Fraud:, When beening Question
where has the $46,000 been speeded
they have Access, to Falsifying
records or using Stolen customer
information, through their employment
is could be considered embeezlement

In month May, June and July. 2023,
through 2024: CAr Insurances
Alana Dunn, the plaintiff has A
account that we, I use to paid
Car Insurances, and Mortgage payment
Mortgage, during Covid-19-
the Banks, and euritie Run
by State, local Government-
The issues was, The Bank WAS
aware of Asking For New CAr Ins:
The Bank talk to Freeway, Ins:
Cost-u-less Ins: infity ins Kemperins
Qote not A Broker fee:
1st of month - is Rent Mortgage.
I paid on 29 @ every month-
the bank did not release the
Fund to the Mortgages-
Remove 60.00 from the payment
Mortgage: Return the Fund-

For being Short. We Ask the bank. who did you give $60,00... Netflix is 20.$^{00}$ game is are $10.$^{00}$ So we Ask Where is the 60.= go to the mortgage $1,310.= Short 60.= Charger 25.$^{00}$ From the Bank the leader want 1,314,$^{00}$ plus $60,$^{00}$ late fee. The Bank Saw the money. So NOW

Infinity Kemper. merge to together and PASS our Account to other; and Said; We Were Scamp, hack: Cost-u-less $\mathring{u}$sllia Freeway from Atwater, Acceptance Fresno insurance. May 12, 2022 - 2023 - Cover with infinity Ths: May 12 2023 renewal insurance; we had no accident.. 2024 the Bank and Insurances, Saw income tax inter the Bank, Again. 10,676.= When inter the bank; I WAS Short $200.= I took 10,000.= Lift $476.$^{00}$ I Took At my /Axxation: I WAS Victim

Victim of Fraud, Stole, income TAX Stole payroll deposit, 5 patient Work For, $2,562.00 short $162.00, next ZWK $2,896.00 Stole $75.00 .. Small amount of theif, small amount; record Falsifying record. I AlanaDunn plaintiff never do I go online to look up my Account. I'm old school; I WANt my document

The employee's through employment Falsifying my paymenttoo the loan; $46,000 I Apply remodel renovate my Home; The Bank spoke to my leader "LakeView" 5 year in Home; I could not Apply For NO-loan; I have Escrow equity in real estate.

Equity refers to the Owner's stake in an Asset, Value minus any outstanding debt(like a mortgages). like a home, Calculated as the asset's

Estate with A Escrow Equrity
live in the Home 5 year, but
5 year allow Aland to Withdrawal
the Estate Escrow Equity.

The Bank stole all of the 46,000
they had control of the Amount
when everything was All most
gone... $25,000.— Lift. trying
to move and get other one.
$ No one would sell us A Home.
$25,000— Someone punshes A
hole in her tire, and dealship
sole her bold tire. 1,300.—
For the the work. oil change,
Alana Dunn, plaintiff, paid
property Taxes Twice, during
her mortgage Payment.
Our Leader Fail to Paid on time
use the Loan money to paid
property taxes $1,800.—
      When I receive my check
of 1,800.— the Bank. Cash it
I Lift money For Bills —
$800.— Teller began began
to to take.

my payment on Loan; due on 22 of each month... So they the Bank got in my account and stole $412.00 to the loan Payment... The other teller said; No-payment for the month they said we not paid. So we paid; $824.00 with the loan money, having only 10,000 lift... The Bank call my enities SST/SSA,, Force us to sell the Home so the Bank can get.. $46,000 = for the loan' We paid 20,500 = owning only $25,500 = ... After All the property sole and the Bank said; please Fill this form to pay off your loan with Joe Biden ~~Refiet~~ relief Act, "So we did"; we Apply For hardship and the Form I give the speeding down and Apply For Hardiship through this bank. I have the Civil Right to my hard-ship During Covid-19 I Borrow during Covid-19

Everyone was Forgiven in IRS, FTB, and By the White House.

I Alana Dunn, plaintiff you worker Are never under-stand my mother...

The Fraud in Bank, The Fraud in your Office my claim is perfect in God eyes. --

Amended: Complaint;
○ Fraudulent Activity
○ Theft deception
○ falsifying records
○ Embeezement

I Hold Accountability: it acknowledges a divine authority that will hold the person responsible for their actions

The intent to enter A Customer Account with out permission

intent: intentional and without authorization

Actions like by passing security measures or using another person's credentials can help establish intent.

Authorizations; Whether the access was permitted or not is a crucial factor, Even if An individual had some level of access, exceeding that athorized access can still be illegal...

Protected Computer: THE CFAA specifically applies to "protected computer", which includes Computers; connected to the internet and government or financial institution systems –

Resulting Harm: The potential consequences can include fines, imprisonment, and civil lawsuits, especially if ~~some~~ Sensitive

data is obtained or damage is caused.

Federal Law: The Computer Fraud and Abuse Act (CFAA)

State Laws: (e.g. California) California Penal Code Section 502(c) PC prohibits knowingly accessing a computer system without permission particularly to alter, damage, delete or use data for fraudulent purposes.

Other Laws: Depending on the specific context and actions involved, other federal or state laws might apply, such as the Electronic Communications Privacy Act (ECPA) or laws against theft or fraud.

Justice will prevail

CC: Emma Dunn, Papalegal ProBone

Emma Ca. Dunn  6/27/2025

Alana Dunn  6/27/2025