# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**ALANA DUNN ,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **1:25–CV–00561–JLT–SKO**

v.

**NOBLE CREDIT UNION , ET AL. ,**

_____

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

> **IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 07/31/2025 .**

ENTERED:   **July 31, 2025**          \_\_/s/\_ **Keith Holland** _____
                                                    Clerk of Court